```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

PAUL S. KLEIN,                       )    3:08-CV-00191-ECR-VPC
                                     )
    Plaintiff,                       )    MINUTES OF THE COURT
                                     )
vs.                                  )    DATE: December 9, 2008
                                     )
CLARK COUNTY SCHOOL DISTRICT,        )
et al.,                              )
                                     )
    Defendants.                      )
_____)


PRESENT:       EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On November 14, 2008, the Magistrate Judge filed a Report and Recommendation (#100) recommending that Plaintiff's Motion for a Restraining Order Prohibiting Defendants from Depriving Plaintiff of his Access to Courts Rights (#20) and Plaintiff's Supplement (#33) to the Motion (#20) be denied. No objections have been timely filed to the Report and Recommendation (#100).

    **IT IS HEREBY ORDERED** that the Report and Recommendation (#100) is well taken and is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's Motion for a Restraining Order (#20) is **DENIED**.


                                                                                  LANCE S. WILSON, CLERK

                                                                                 By      /s/
                                                                                    Deputy Clerk