# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL SCOTT KLEIN, | ) | 3:08-CV-0191-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 20, 2010 |
| | ) | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for an extension of time (#241) to file opposition to motion for summary judgment is **GRANTED** *nunc pro tunc*. Plaintiff filed an opposition to defendants' motion for summary judgment on October 1, 2010 (#244) and it shall be considered timely filed.

Plaintiff's motion for a pretrial conference (#242) is **DENIED**.

**IT IS SO ORDERED.**

                                                              LANCE S. WILSON, CLERK

                                    By:            /s/
                                                              Deputy Clerk