```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

PAUL S. KLEIN,                    )    3:08-CV-00191-ECR-VPC
                                  )
    Plaintiff,                    )    MINUTES OF THE COURT
                                  )
vs.                               )    DATE: December 23, 2010
                                  )
CLARK COUNTY SCHOOL DISTRICT,     )
et al.,                           )
                                  )
    Defendants.                   )
_____)


PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                 NONE APPEARING

Counsel for Defendant(s)                 NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On December 2, 2010, the Magistrate Judge filed a Report and Recommendation (#252) recommending that Defendants' Motion for Summary Judgment (#239) on the remaining claim, Count Sixteen, be denied.

    The Report and Recommendation (#252) is well taken. **<u>IT IS HEREBY ORDERED</u>** that the Report and Recommendation (#252) is **<u>APPROVED</u>** and **<u>ADOPTED</u>**.

    **<u>IT IS, THEREFORE, HEREBY ORDERED</u>** that Defendant's Motion for Summary Judgment (#239) is **<u>DENIED</u>**.


                                        LANCE S. WILSON, CLERK

                                        By       /s/
                                             Deputy Clerk