UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL SCOTT KLEIN, | ) | 3:08-CV-0191-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 3, 2011 |
| | ) | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:** THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** LISA MANN            **REPORTER:** NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On November 17, 2010, this court ordered that "prior to any transfer of plaintiff to a different facility, defendants are directed to file a notice with the court and a hearing would be set on the matter" (#250).

Plaintiff filed a notice to the court advising that the defendants were preparing to transfer him to a different facility (#253). Defendants have filed a motion to strike plaintiff's notice (#254) advising that there is a movement hold on inmate Paul Klein pursuant to the court's order. Therefore, defendants' motion to strike (#254) is **GRANTED,** and plaintiff's notice to the court (#253) is hereby **STRICKEN**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
        Deputy Clerk