UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL SCOTT KLEIN, | ) | 3:08-CV-0191-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 3, 2011 |
| | ) | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a request for referral to early inmate mediation conference and request for stay of proceedings (#255). Defendants later filed an errata requesting a referral to a settlement conference (#257).

Because this case was initiated in June 2008 with the filing of an amended complaint (#12), it will be reportable as a three-year case under the Civil Justice Reform Act unless it is tried before September 30, 2011. Therefore, this case is no longer eligible for early inmate mediation (#255) and that request is **DENIED**. However, the court will **GRANT** the request for a settlement conference (#257). A settlement conference is set for this case on **Wednesday, January 26, 2011** at **10:00 a.m.** before United States Magistrate Judge Valerie Cooke. Plaintiff will appear video conference.

The court will also **GRANT** a brief stay in this case. All proceedings in this case shall be **STAYED** until the conclusion of the settlement conference. If the case does not settle, a proposed joint pretrial order shall be due within fifteen (15) days following the settlement conference. No extensions of time will be granted.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
        Deputy Clerk