UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

PAUL S. KLEIN,                              )    3:08-cv-00191-ECR-VPC
                                            )
    Plaintiff,                              )    MINUTES OF THE COURT
                                            )
vs.                                         )    DATE: March 16, 2011
                                            )
REID KIMOTO, et al.,                        )
                                            )
    Defendants.                             )
_____ )

PRESENT:      EDWARD C. REED, JR.                      U. S. DISTRICT JUDGE

Deputy Clerk:      COLLEEN LARSEN         Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    Plaintiff's Motion (#276) for enlargement of time to file joint pretrial order is **granted**.  The parties shall have until April 4, 2011, to file the Joint Pretrial Order.


                                               LANCE S. WILSON, CLERK

                                               By        /s/
                                                     Deputy Clerk