# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL S. KLEIN, | ) | 3:08-cv-00191-ECR-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CLARK COUNTY SCHOOL DISTRICT, REID KIMOTO, et al., | ) | |
| Defendants. | ) | |

Plaintiff filed a Motion (#273) to proceed before the United States Magistrate in this case on March 7, 2011.  Defendants opposed (#283) on March 24, 2011, citing the Fed.R.Civ.P. 73 that the parties must consent.  Defendants do not consent to proceed before the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Motion Requesting and Consenting to U.S. Magistrate Judge Valerie P. Cooke to Preside (#273) is <u>DENIED</u>.

Dated this 8th day of April 2011.

_____
EDWARD C. REED
Senior United States District Judge