# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL SCOTT KLEIN, | ) | 3:08-CV-0191-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 12, 2011 |
| | ) | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion for extension of time to comply with May 26, 2011 minute order (#312) is **GRANTED** *nunc pro tunc* to July 5, 2011.  Defendants' counsel is advised to carefully calendar and follow all deadlines set by the court in order to avoid unnecessary motion practice in the future.

Plaintiff's motion for sanctions for defendants failure to comply with the court's order of May 26, 2011 (#310) is **DENIED**.  Plaintiff failed to make any effort to resolve this matter without court action pursuant to Fed.R.Civ.P. 37 and LR 26-7(b).  The court finds that defendants failure to comply with the court's order was due to a calendaring error which defendants immediately remedied upon reviewing plaintiff's motion for sanctions.  Plaintiff's motion for sanctions may have been avoided had plaintiff merely written a brief letter to counsel rather than filing a motion for sanctions.  Sanctions are not warranted in this instance.

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:      /s/
    Deputy Clerk