**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| PAUL S. KLEIN, | ) | 3:08-cv-00191-ECR-VPC |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

On August 29, 2011, the Court continued the jury trial set in this matter to **February 14, 2012, at 10:00 a.m.,** in Courtroom 3 in Reno, Nevada.  Calendar Call shall be set for **Monday, February 13, 2012, at 9:00 a.m.** in Courtroom 3 in Reno, Nevada.

Motions in limine currently pending include:

1.   Defendants' Motion in Limine to Dismiss Extraneous Defendants (#297); motion is fully briefed;

2.   Plaintiff's Motion in Limine (#298) to exclude Klein's I-File and sentencing records; motion is fully briefed;

3.   Defendants' Motion in Limine to Preclude Plaintiff from Seeking Compensatory Damages or Damages for Emotional Suffering (#299); motion is fully briefed;

4.   Plaintiff's Motion in Limine (#311); fully briefed;

5.   Defendants' Motion in Limine to Exclude the Evidence Concerning Plaintiff's Allegations of Retaliation (#318); no response was filed by Plaintiff.

1        No additional motions in limine shall be filed in this action.

2        Defendants filed a supplement to the joint pre-trial order

3   (#32)on August 24, 2011, to add an additional witness William

4   Shubert.

5        The previous scheduling order is amended as follows: Voir Dire

6   and Jury Instructions are due no later than Monday, February 6,

7   2012.

8        The parties are to refer to the June 7, 2011 Pretrial Order

9   (#306) for all information regarding formatting and procedural

10  issues.

11       Dated this 31st day of August 2011.

12

13  _____

14  EDWARD C. REED
    Senior United States District Judge