UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL SCOTT KLEIN, | ) | Case No. 3:08-cv-00191-ECR-VPC |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | |
| | ) | Date: January 26, 2011 |
| REID KIMOTO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   **EDWARD C. REED, JR.**             U. S. DISTRICT JUDGE

Judicial Assistant:   Candace Knab   Reporter:   NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)           NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On October 21, 2011, Plaintiff filed a motion to withdraw (#330) his motion (#327) for a temporary restraining order and preliminary injunction.

    IT IS ORDERED that Plaintiff's motion to withdraw (#330) is GRANTED.

                                        LANCE S. WILSON, CLERK

                                        By   /s/
                                               Deputy Clerk