**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | | |
|---|---|---|
| PAUL S. KLEIN, | ) | 3:08-cv-00191-ECR-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| REID KIMOTO, et al., | ) | |
| Defendants. | ) | |

On June 30, 2008 (#12) Plaintiff made a demand for jury trial in his amended complaint. On October 12, 2011, Plaintiff filed a motion (#331) to withdraw his jury demand. On October 27, 2011, (#333), Defendants filed a notice of consent to Plaintiff's withdrawal of jury trial demand.

IT IS THEREFORE ORDERED that Plaintiff's motion to withdraw jury demand (#331) is GRANTED.

The trial will be conducted as a bench trial.

Dated this 26th day of January 2012.

_____
EDWARD C. REED
Senior United States District Judge