CATHERINE CORTEZ MASTO
Attorney General
DENISE S. BALBONI
Deputy Attorney General
Nevada State Bar No. 10507
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
P: (702) 486-2625
F: (702) 486-3267
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SCOTT KLEIN,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, REID KOMOTO, BRIAN WILLIAMS, SR., CHERYL BURSON, ERIC BURSON, PATTERSON, TAYLOR, ROY PLUMLEE, VINCENT HAIN, SHUBERT, FIGUEROA, MICHAEL MAXFIELD, HOWARD SKOLNIK, LEO VATH, TONY, WHEELOCK, GRUSMAN, FRED TOCCO, MARYANN MARSH, BRILL, MAGNUM, HAIN, JOHN DOE and JANE DOE,<br><br>    Defendants. | CASE NO.: 3:08-cv-00191-ECR-VPC<br><br>ORDER GRANTING<br><br>**DEFENDANTS' APPLICATION FOR AN ORDER TO PRODUCE PRISONER AT TRIAL** |

  Defendants JAMES BRILL, CHERYL BURSON, ERIC BURSON, ANTHONY DIGIRALAMO, TRACI DORY, JAMES FIGUEROA, DAVID GRUSMAN, VINCENT HAIN, DAVID MAGNUM, MARYANN MARSH, MICHAEL MAXFIELD, JEFFREY PATTERSON, ROY PLUMLEE; LAVERT TAYLOR, HOWARD SKOLNIK, LEO VATH, PAUL WHEELOCK, BRIAN WILLIAMS, and GINA HAIN, by and through, CATHERINE CORTEZ MASTO, Attorney General,

. . .

. . .

. . .

1

and DENISE S. BALBONI, Deputy Attorney General, hereby move for permission to produce Plaintiff Paul S. Klein, *pro se*, for Court at the calendar call and trial. This application is based upon the following memorandum of points and authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. NATURE OF THE MOTION

Defendants respectfully request the issuance of an Order to produce Plaintiff for the calendar call and trial in this matter, which are scheduled to take place on February 13, 2012, and February 14, 2012, because Defendants cannot legally produce him without one.

### II. BRIEF STATEMENT OF THE CASE

Plaintiff is an inmate in the custody of the NDOC and is currently housed at Northern Nevada Correctional Center ("NNCC"). A calendar call is scheduled for Monday, February 13, 2012, at 9:00 a.m. and the 3-day trial is scheduled to begin on Tuesday, February 14, 2012, at 10:00 a.m. (Dkt. #324).

### III. DISCUSSION

The Order scheduling the calendar call and trial does not state that the Attorney General's Office must arrange for the Plaintiff to be physically present. Dkt. #324. However, Defendants suggest that the calendar call and trial would be more constructive if Plaintiff were physically present.

Pursuant to state law and NDOC's administrative regulations, the NDOC cannot legally transport Plaintiff from NNCC to the Court without an Order to Produce. *See* NRS 209.131; NRS 209.161; NRS 209.273; NRS 209.274; NRS 50.215; and Administrative Regulation 430.[1] Therefore, Defendants request an order to produce Plaintiff.

///

///

///

///

---

[1] Administrative Regulation 430 is available online at: http://www.doc.nv.gov/sites/doc/files/pdf/AR430.pdf.

2

IV. **CONCLUSION**

Based upon the foregoing, Defendants respectfully request that this Court grant their Application and issue an Order to Produce Plaintiff for the calendar call scheduled for Monday, February 13, 2012, at 9:00 a.m. and trial scheduled for Tuesday, February 14, 2012, at 10:00 a.m. in courtroom #3, U.S. District Court – Reno, 400 S. Virginia St., Reno, NV 89501.

DATED this 26th day of January, 2012.

Respectfully submitted,

CATHERINE CORTEZ MASTO
Attorney General

By: /s/ Denise S. Balboni
DENISE S. BALBONI
Deputy Attorney General
Public Safety Division

IT IS SO ORDERED.
DATED January 26, 2012.

*Edward C. Reed*
EDWARD C. REED
U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Office of the Attorney General and that on the 26th day of January, 2012, I served the foregoing **Defendants' Application for an Order to Produce Prisoner for Trial** by causing a true and correct copy thereof to be filed with the Clerk of the Court using the CM/ECF system and by causing a true and correct copy thereof to be delivered to the Department of General Services, for mailing at Las Vegas, Nevada, addressed to the following:

PAUL S. KLEIN #30918
NORTHERN NEVADA CORRECTIONAL CENTER
P.O. BOX 7000
CARSON CITY, NV  89702

/s/ Kimie S. Beverly
An employee of the Office of the Attorney General

3