AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

PAUL S. KLEIN,

v.

BRIAN S. WILLIAMS, SR., et al.

JUDGMENT IN A CIVIL CASE

CASE NO. 3:08-cv-191-LRH-VPC

( )  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered a verdict.

(X)  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment is entered in favor of defendants and against plaintiff.

February 14, 2012
Date

LANCE S. WILSON, CLERK

By:  D. NEGRETE
     Deputy Clerk

✓ FILED
___ ENTERED
___ RECEIVED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 14 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY