S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Email: greens2@nv.ccsd.net
Email: herrec4@nv.ccsd.net
*Attorneys for Reid Kimoto*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL S. KLEIN,<br><br>    Plaintiff,<br><br>vs.<br><br>REID KIMOTO, BRIAN WILLIAMS, CHERYL BURSON, ERIC BURSON, MS. PATTERSON, CHAPLIN MR. TAYLOR, ROY PLUMLEE, VINCENT HAIN c/o MRS. HAIN, SGT. SHUBERT, et al.,<br><br>    Defendants. | CASE NO.: 3:08-cv-00191-LRH-VPC<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM** |

Defendant Reid Kimoto (Defendant) hereby moves this Court for an Order substituting counsel as follows:

Defendant requests that S. Scott Greenberg, Esq. and Crystal J. Herrera, Esq. be substituted for F. Travis Buchanan, Esq. who is currently listed as an attorney in the Office of the General Counsel for the Clark County School District (CCSD). F. Travis Buchanan has left employment with CCSD's Office of the General Counsel and is no longer participating in this litigation. S. Scott Greenberg and Crystal J. Herrera's current mailing address and email address are:

////

////

| | |
|---|---|
| S. Scott Greenberg, Esq.<br>Office of the General Counsel<br>Clark County School District<br>5100 West Sahara Avenue<br>Las Vegas, Nevada, 89146<br>greens2@nv.ccsd.net | Crystal J. Herrera, Esq.<br>Office of the General Counsel<br>Clark County School District<br>5100 West Sahara Avenue<br>Las Vegas, Nevada, 89146<br>herrec4@nv.ccsd.net |

Defendant continues to be represented in this action by CCSD's Office of the General Counsel. The substitution of counsel is purely within the Office and will neither delay this matter nor prejudice Plaintiff. Based on the foregoing, Defendant respectfully requests that S. Scott Greenberg, Esq. and Crystal J. Herrera, Esq. be substituted as counsel, and that F. Travis Buchanan, Esq. be terminated as counsel in this matter.

Dated: March 12, 2018

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: _____
S. Scott Greenberg (#4622)
Crystal J. Herrera (#12396)
5100 West Sahara Avenue
Las Vegas, Nevada 89146
*Attorneys for Reid Kimoto*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: March 13, 2018

## CERTIFICATE OF MAILING

I certify that I am an employee of the Clark County School District and, on March 12, 2018, I caused a copy of the foregoing **MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM** to be deposited in the U.S. Mail, postage prepaid thereon, addressed as follows:

Paul Scott Klein
P.O. Box 650
Indian Springs, NV 89070

*Christa Reeves*
A Clark County School District employee