ADAM PAUL LAXALT
  Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV 89701-4717
Tel: 775-684-1257
E-mail: ealbright@ag.nv.gov

*Attorneys for Defendants
Cheryl Burson, James Figueroa, Michael Maxfield,
Jeffrey Patterson, Lavert Taylor and Brian Williams*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SCOTT KLEIN,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 3:08-cv-00191-LRH-VPC<br><br>**MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT LAVERT TAYLOR TO RESPOND TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br>**(SECOND REQUEST)** |

Defendants James Brill, Cheryl Burson, Michael Maxfield, Jeffrey Patterson, Lavert Taylor, and Brian Williams, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby file this motion for enlargement of time for Defendant Lavert Taylor to Respond to Interrogatories and Request for Production of Documents.

This motion is based on the following Memorandum of Points and Authorities and all papers and pleadings on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Defendant Lavert Taylor requests this Court enlarge the time to respond to Plaintiff's discovery request to August 13, 2018.

///

///

1

## II. RELEVANT FACTS

Plaintiff served Defendant Lavert Taylor with "Plaintiff's Interrogatories and Request for Production of Documents Directed to Defendant Lavert Taylor" on May 8, 2018. The discovery requests seek information from June 5, 2007.

The documents necessary to respond to the discovery requests, if any, are in storage. A request for the documents has been made; however, the documents will not be provided to Defendant Lavert Taylor before the deadline to respond to the discovery requests.

## III. ARGUMENT

The Court may enlarge the period of time for an act to be performed after the expiration of the specified period of time in which the act was to be done where the failure to act was the result of excusable neglect. NRCP 6(b)(2). The Supreme Court has used the following guideposts for determining whether neglect is "excusable:" the danger of prejudice to the [non-movant], the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." *Pioneer Inv. Svcs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993) (footnote omitted) (citing *In re Pioneer Inv. Svcs. Co.*, 943 F.2d 673, 677 (6th Cir. 1991)).

Defendant Lavert Taylor asserts good cause exists to extend the deadline for him to respond to Plaintiff's discovery requests. The time to respond to the discovery requests has not expired. Defendant Lavert Taylor seeks an enlargement of time to file to respond to Plaintiff's discovery requests because the documents necessary to respond to the requests, if any, are in storage and will not be provided to defendant prior to the deadline for his discovery responses. Therefore, Defendant Lavert Taylor respectfully requests this Court extend the deadline to respond to Plaintiff's discovery requests to August 13, 2018. The requested extension is done in good faith and not made for the purposes of delay or to prejudice Plaintiff.

///
///
///
///

## IV. CONCLUSION

Based on the foregoing, Defendant Lavert Taylor respectfully requests this Court enlarge the time to for him to respond to Plaintiff's discovery requests to August 13, 2018.

DATED this 11th day of July, 2018.

                              ADAM PAUL LAXALT
                              Attorney General

                              By: _____
                                  ERIN L. ALBRIGHT
                                  Deputy Attorney General
                                  State of Nevada
                                  Bureau of Litigation
                                  Public Safety Division

                                  *Attorneys for Defendants*

**IT IS SO ORDERED**

_____
U.S. MAGISTRATE JUDGE

DATED July 13, 2018

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 11th day of July, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT LAVERT TAYLOR TO RESPOND TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS (SECOND REQUEST)**, to the following:

Paul Klein, #30918
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

Via email:

S. Scott Greenberg, Esq.
Office of the General Counsel
Clark County School District
5100 West Sahara Ave.
Las Vegas, NV 89146
greens2@nv.ccsd.net

Crystal J. Herrera, Esq.
Office of the General Counsel
Clark County School District
5100 West Sahara Ave.
Las Vegas, NV 89146
herrec4@nv.ccsd.net

/s/ Lauri Penny
An employee of the
Office of the Attorney General