ADAM PAUL LAXALT
Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV 89701-4717
Tel: 775-684-1257
E-mail: ealbright@ag.nv.gov

*Attorneys for Defendants*
*Cheryl Burson, James Figueroa, Michael Maxfield,*
*Jeffrey Patterson, Lavert Taylor and Brian Williams*



FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 12 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

ORDER

PAUL SCOTT KLEIN,

    Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 3:08-cv-191-LRH-VPC

**MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT JAMES FIGUEROA TO RESPOND TO DISCOVERY REQUESTS**

Defendants Cheryl Burson, Michael Maxfield, Jeffrey Patterson, Lavert Taylor, and Brian Williams, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby file this motion for enlargement of time for Defendant James Figueroa to respond to discovery requests.

This motion is based on the following Memorandum of Points and Authorities and all papers and pleadings on file herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. INTRODUCTION**

Defendants request an enlargement of time for Defendant James Figueroa (Defendant Figueroa) to respond to discovery requests. Defendant Figueroa retired from the Nevada Department of Corrections (NDOC) in 2008 and at that time provided his contact address. The discovery requests were mailed to Defendant Figueroa at the address he provided to the NDOC when he retired in 2008. To date, Defendant Figueroa has been non-responsive in this matter. Defendants are attempting to

locate Defendant Figueroa. Therefore, Defendants respectfully requests this Court enlarge the time for Defendant Figueroa to respond to the discovery requests served on June 11, 2018 to August 13, 2018.

## II. RELEVANT FACTUAL BACKGROUND

Plaintiff served Defendant Figueroa with discovery on June 11, 2018. Defendant Figueroa retired from the NDOC in 2008 and at that time provided his contact address. The discovery requests were mailed to Defendant Figueroa at the address provided when he retired in 2008. To date, Defendant Figueroa has been non-responsive in this matter. Defendants are attempting to locate Defendant Figueroa.

## III. LEGAL AUTHORITY AND DISCUSSION

The Court may enlarge the period of time for an act to be performed before the expiration of the specified period of time in which the act was to be done based on a showing of good cause. NRCP 6(b)(1).

Defendants assert good cause exists to extend the deadline for Defendant Figueroa to respond to Plaintiff's discovery requests. The time to respond to the discovery requests has not expired. Defendants seek an enlargement of time for Defendant Figueroa to respond to Plaintiff's discovery requests because Defendants are attempting to locate Defendant Figueroa as the address he provided to the NDOC in 2008 when he retired is no longer valid. Therefore, Defendants respectfully request this Court extend the deadline to respond to Plaintiff's discovery requests to August 13, 2018 so they can attempt to locate Defendant Figueroa. The requested extension is done in good faith and not made for the purposes of delay or to prejudice Plaintiff.

///
///
///
///
///
///
///
///

## IV. CONCLUSION

Based on the foregoing, Defendants respectfully request this Court extend the deadline for Defendant Figueroa to respond to Plaintiff's discovery requests to August 13, 2018.

DATED this 9th day of July, 2018.

                ADAM PAUL LAXALT
                Attorney General

        By: _____
                ERIN L. ALBRIGHT
                Deputy Attorney General
                State of Nevada
                Bureau of Litigation
                Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: July 12, 2018

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 9th day of July, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT JAMES FIGUEROA TO RESPOND TO DISCOVERY REQUESTS**, to the following:

Paul Klein, #30918
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

Via email:

S. Scott Greenberg, Esq.
Office of the General Counsel
Clark County School District
5100 West Sahara Ave.
Las Vegas, NV 89146
greens2@nv.ccsd.net

Crystal J. Herrera, Esq.
Office of the General Counsel
Clark County School District
5100 West Sahara Ave.
Las Vegas, NV 89146
herrec4@nv.ccsd.net

/s/ Laurie Penny
An employee of the
Office of the Attorney General