UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL S. KLEIN, | CASE NO.: 3:08-cv-00191-LRH-CBC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS AGAINST DEFENDANT REID KIMOTO** |
| vs. | |
| REID KIMOTO, BRIAN WILLIAMS, CHERYL BURSON, ERIC BURSON, MS. PATTERSON, CHAPLIN MR. TAYLOR, ROY PLUMLEE, VINCENT HAIN c/o MRS. HAIN, SGT. SHUBERT, et. al., | |
| Defendants. | |

Plaintiff PAUL S. KLEIN, in proper person, and Defendant REID KIMOTO, by and through his attorneys of record, having mutually agreed to resolve this matter, hereby stipulate and respectfully request an order dismissing this entire action with prejudice as against Defendant REID KIMOTO.

The parties further stipulate that the case caption should be amended to remove REID KIMOTO and the CLARK COUNTY SCHOOL DISTRICT as Defendants in this action, PAUL S. KLEIN having resolved his claims against Defendant REID KIMOTO and the CLARK COUNTY SCHOOL DISTRICT not being a named party in the action.

Each party shall bear its own costs and fees incurred in this dispute.

Dated: August __, 2018.

Respectfully submitted,

_____
PAUL S. KLEIN
*Pro Se Plaintiff*

Dated: August __, 2018.

Respectfully submitted,

_____
S. Scott Greenberg (#4622)
Crystal J. Herrera (#12396)
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
*Attorneys for Reid Kimoto*

## ORDER

**IT IS SO ORDERED.**

DATED this 4th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE