# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PAUL SCOTT KLEIN,

    Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 3:08-cv-00191-LRH-CBC

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    Plaintiff, Paul S. Klein, appearing *pro se*, and Defendants Michael Maxfield, Jeffrey Patterson, and Brian Williams, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

    This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

///

///

///

///

1

| | |
|---|---|
| DATED this 13 day of November, 2018.<br><br>By: /s/ Paul S. Klein<br>Paul S. Klein (#30918)<br>Plaintiff | DATED this 14th day of November, 2018.<br><br>OFFICE OF THE ATTORNEY GENERAL<br><br>By: /s/ Erin L. Albright<br>Erin L. Albright, SBN 9953<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1257<br>ealbright@ag.nv.gov<br>Attorneys for Defendants |

**IT IS SO ORDERED**

DATED this 16th day of November, 2018.

/s/ Larry R. Hicks
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE